**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESUS MANUEL MENDOZA,

                       Plaintiff,

    -against-                                      23 **CIVIL 10557** (JLR)

**JUDGMENT**

26 FEDERAL PLAZA IMMIGRATION,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 11, 2023, Plaintiff's complaint is dismissed as frivolous and because Defendant enjoys sovereign immunity from suit. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:**  New York, New York

       December 11, 2023

                                               **RUBY J. KRAJICK**

                                                    Clerk of Court

                           **BY:**

                                                    **Deputy Clerk**